IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. ROSARIO VARGAS,
20. **SANTIAGO MEDINA**,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

**ORDER SETTING CHANGE OF PLEA HEARING**

Pursuant to the February 28, 2007 telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Dkt. # 605) filed on behalf of Defendant Santiago Medina, a Change of Plea hearing is set for **Tuesday, March 6, 2007 at 1:30 p.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **10:00 a.m. on March 2, 2007**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

DATED:  March 1, 2007

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge